1  DANIEL G. BOGDEN, NVBN 2137
   United States Attorney
2  District of Nevada

3  RICHARD M. RODRIGUEZ
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   Telephone No. (415) 977-8926
5  Facsimile No.   (415) 977-0134
   Email Address:  richard.rodriguez@ssa.gov
6
   Attorneys for Defendant
7

8

9

10                         **UNITED STATES DISTRICT COURT**

11                              **DISTRICT OF NEVADA**

12 | VIELKA D. GORRIZ,                          )
                                                ) Case No. 2:15-cv-01405-LDG-GWF
13 |        Plaintiff,                          )
                                                )
14 |        v.                                  )   **UNOPPOSED MOTION FOR**
                                                )   **EXTENSION OF TIME**
15 | CAROLYN W. COLVIN,                         )        (***FIRST REQUEST***)
    Acting Commissioner of Social Security,     )
16                                              )
           Defendant.                           )
17 |_____)

18

19        Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant")

20 respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint,

21 due on October 21, 2015, by 14 days, through and including November 6, 2014.

22        An extension of time is needed in order to prepare Defendant's Answer because the

23 Commissioner is still in the process of assembling and finalizing the administrative record.  This request

24 is made in good faith with no intention to unduly delay the proceedings.

25 \\\

26 \\\

-1-

Counsel for Defendant conferred with Plaintiff's counsel's office, who has no opposition to this motion, on October 23, 2015.

Respectfully submitted this 23rd day of October 2015.

          DANIEL G. BOGDEN
          United States Attorney

          */s/ Richard M. Rodriguez*
          RICHARRD M. RODRIGUEZ
          Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

          IT IS SO ORDERED:

          _____
          UNITED STATES MAGISTRATE JUDGE

          DATED: October 26, 2015

**CERTIFICATE OF SERVICE**

I, **Richard M. Rodriguez**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian, Esq.
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Marc.Kalagian@rksslaw.com

Joshua R. Harris, Esq.
801 S. Fourth Street
Las Vegas, NV 89101
noel@richardharrislaw.com

Dated this 23rd day of October, 2015

*/s/ Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney