# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VIELKA D. GORRIZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

    Defendant.

Case No. 2:15-cv-1405-LDG (GWF)

**ORDER**

Plaintiff Vielka D. Gorriz filed her complaint in this action seeking judicial review of the administrative action by defendant Commissioner of Social Security denying her claim for disability benefits under Title II of the Social Security Act. Gorriz moved to reverse and remand (ECF No. 13). The Commissioner cross-moved to affirm the decision of the administrative law judge (ECF No. 14). The Court referred this matter to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 19). The Magistrate Judge recommends denying Gorriz's motion for Remand and/or Reversal and granting the Commissioner's cross-motion to affirm the Commissioner's decision.

The Magistrate Judge notified the parties that any objection must be in writing and must be filed within fourteen days of the date the Report and Recommendation was issued.

The parties were further notified that a failure to file objections within this time waives the right to appeal this court's order. Neither party has filed objections.

The Court has reviewed the parties' moving papers and memoranda, the administrative record, and the Report and Recommendation. Accordingly,

THE COURT **ADOPTS** the Report and Recommendation (ECF No. 19).

THE COURT **ORDERS** that plaintiff Vielka D. Gorriz's Motion to Reverse and/or Remand (ECF No. 13) is DENIED.

THE COURT FURTHER **ORDERS** that defendant Commissioner of Social Security's Cross-Motion to Affirm (ECF No. 14) is GRANTED.

THE COURT FURTHER **ORDERS** that the Clerk of the Court shall enter judgment accordingly and close this matter.

DATED this 11 day of October, 2017.

_____
Lloyd D. George
United States District Judge